UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff/Respondent,

v.                                                 Criminal Case No. 15-20262
                                                  Civil Case No. 19-10239

Charles Albert Walker,                Sean F. Cox
                                                    United States District Court Judge

    Defendant/Petitioner.
_____/

## JUDGMENT

For the reasons stated in an Opinion and Order issued on this date, **IT IS ORDERED AND ADJUDGED** that the Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                    s/Sean F. Cox
                                                    Sean F. Cox
                                                    United States District Judge

Dated:  August 30, 2019